PROB. 12B
(7/93)

ORIGINAL

# United States District Court

## for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  CHAD MASAO IMAI          Case Number:  CR 01-00247DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                                              U.S. District Judge

Date of Original Sentence:  8/2/2002

Original Offense:   Count 1:  Conspiracy to Distribute and Possess With Intent to Distribute Five Kilograms or More of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), a Class A felony

Count 5:  Possession of 50 Grams or More of Methamphetamine With Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), a Class A felony

Original Sentence:  Seventy-two (72) months imprisonment as to each of Counts 1 and 5 of the Indictment, all such terms to run concurrently, to be followed by five (5) years supervised release as to each of Counts 1 and 5 of the Indictment, all such terms to run concurrently.  The following special conditions of supervision were ordered:  1) The defendant shall submit to drug testing throughout his five (5) years of supervised release, as directed by the Probation Office; 2) Defendant shall participate in a substance abuse program, which must include drug testing at the discretion and direction of the Probation Office; 3) That the defendant is prohibited from possessing any illegal or dangerous weapons; 4) That the defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 5) That the defendant shall submit his or her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant

Prob 12B
(7/93)

2

shall warn any other resident that the premises may be subject to search pursuant to this condition; and 6) That the defendant perform 1,000 hours of community service as directed by the Probation Office.

The Court also ordered that the fine of $5,000.00 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

<u>Type of Supervision:  Supervised Release     Date Supervision Commenced:  2/17/2006</u>

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

General Condition:   That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).

## CAUSE

The offender has a significant history of substance abuse including the use of alcohol, marijuana, cocaine, ecstacy, hallucinogens, and methamphetamine.  The offender successfully completed treatment and was discharged from a substance abuse program.  However, according to the ruling in Stephens (<u>United States v. Stephens</u>, Ninth Circuit 2005), the Court is required to order the number of drug tests outside of treatment.  Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case.  Drug testing is the most reliable method for monitoring the offender's drug use.

The purpose for the modification is so that the Probation Office can continue to conduct random drug testing at the rate of up to eight (8) tests per month.  This schedule would allow the Probation Officer to fashion random drug testing designed to detect drug use without allowing the offender to predict the test dates.  It is respectfully recommended that the Court modify the conditions of supervision.

Prob 12B
(7/93)

3

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification.

Respectfully submitted by,

SYDNEY L. FLEMING
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 2/22/2008

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  Other

DAVID ALAN EZRA
U.S. District Judge

FEB 2 6 2008

Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition*   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).

Witness: _____
SYDNEY L. FLEMING
U.S. Probation Officer

Signed: _____
CHAD MASAO IMAI
Supervised Releasee

2/10/08
Date